SEALED

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
2012 MAR -7 PM 12: 33
CLERK, U S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | CRIMINAL NO. |
| Plaintiff, | § § § | SA12CR0187 XR |
| V. | § § | [Vio: 18 § 922(g)(1), Possession of a Firearm by a Felon - Count 1; |
| BRIAN FOSTER, | § § § | 18 § 924(c)(1), Using and Carrying a Firearm in Relation to a Crime of |
| Defendant. | § § § § | Violence - Count 2; and, Notice of United States of America's Demand for Forfeiture.] |

THE GRAND JURY CHARGES:

### COUNT ONE
(18 U.S.C. §922(g)(1))

That on or about December 31, 2011, in the Western District of Texas, Defendant,

**BRIAN FOSTER,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm, to-wit: an RG 26,, .25 caliber semi-automatic pistol, serial number U098196, in violation of Title 18, United States Code, Section 922(g)(1).

### COUNT TWO
(18 U.S.C. § 924(c)(1))

That on or about December 31, 2011, in the Western District of Texas, Defendant,

**BRIAN FOSTER,**

did knowingly use and carry a firearm during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States and did possess the firearm in furtherance of that drug trafficking crime, in violation of Title 18, United States Code, Section 924(c)(1).

## NOTICE OF UNITED STATES OF AMERICA'S DEMAND FOR FORFEITURE

### I.
### Firearms Violations and Forfeiture Statutes
[Title 18 U.S.C. §§ 922(g)(1) and 924(c), subject to forfeiture pursuant to Title 18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture by Title 28 U.S.C. § 2461, *See* Fed. R. Crim. P. 32.2]

As a result of the foregoing criminal violations set forth in Counts One and Two, which are punishable by imprisonment for more than one year, Defendant **BRIAN FOSTER** shall forfeit any and all of his right, title, and interest in the below-described property to the United States of America pursuant to Fed. R. Crim. P. 32.2 and Title 18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture pursuant to Title 28 U.S.C. § 2461, which states the following:

**Title 18 U.S.C. § 924**

> **(d)(1)** Any firearm or ammunition involved in or used in any knowing violation of subsection (g). . . of section 922. . . or knowing violation of section 924, . . .shall be subject to seizure and forfeiture, . . .under the provisions of this chapter. . .

This Notice of Demand for Forfeiture includes but is not limited to the property described below.

## II.
## Personal Property

a. One 2002 Chrysler PT Cruiser, VIN: 3C4FY48B72T230978; and

b. One RG 26, .25 caliber semi-automatic pistol, serial number U098196 and assorted ammunition.

A TRUE BILL.

_____
FOREPERSON OF THE GRAND JURY

ROBERT PITMAN
UNITED STATES ATTORNEY

BY: _____
MARGARET F. LEACHMAN
Assistant United States Attorney