CASE SEALED: X  UNSEALED: ___

**SEALED**

CASE NO: _____

# PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

**SA12CR0187XR**

USAO #: 2012R0_____

COUNTY: BEXAR_____  DIVISION: SAN ANTONIO_____  JUDGE: _____

DATE: MARCH 7, 2012_____  MAG.CT.#: _____  FBI #: ■■■

ASSISTANT U.S. ATTORNEY: MARGARET F. LEACHMAN_____  DEF. D.O.B.: ■■■

DEFENDANT NAME: BRIAN FOSTER_____  DEF. SSN: _____

DEFENDANT'S A/K/A'S: _____

DEFENDANT'S ADDRESS: _____

CITIZENSHIP:  United States: __X__  Mexican ____  Other: _____

INTERPRETER NEEDED:  YES: ____  NO: __X__  Language: _____

DEFENSE ATTORNEY'S NAME: _____
                 Employed: ____  Appointed: ____

DEFENSE ATTORNEY'S ADDRESS: _____

DEFENDANT IS: In Jail:___  Where:_____  Writ Attached: NO

On Bond:___  Amount of Bond: REC: DETAIN W/O BOND  Marshal#_____
                                                    SID# ___
Where on Bond: _____

DATE OF ARREST:_____  TO BE ARRESTED: ___X___  BENCH WARRANT NEEDED: YES

PROBATION OFFICER: _____  NAME & ADDRESS OF SURETY: _____

PROSECUTION BY: ___X___ INDICTMENT  _____ INFORMATION

OFFENSE: (Code & Description)  Count 1: 18 U.S.C. § 922(g)(1), Possession of a Firearm or Ammunition by a Convicted Felon.  Count 2: 18 U.S.C. § 924 (c)(1), Using and Carrying a Firearm in Relation to a Crime of Violence.  Notice of Government's Demand for Forfeiture.

OFFENSE IS:  FELONY _X_  CLASS A MISDEMEANOR _____  CLASS B/C PETTY OFFENSE _____

MAXIMUM SENTENCE (Each Count): **Count 1**: Maximum of 10 yrs. Imprisonment; $250,000 fine; 3 yrs. Supervised Release and $100 mandatory Special Assessment. **Count 2**: Minimum of 5 yrs. Imprisonment consecutive to underlying drug trafficking crime Maximum of Life Imprisonment; $250,000 fine; 5 yrs. Supervised Release and $100 mandatory Special Assessment.  Forfeiture of the Firearms.

AGENT/AGENCY: ATF/C. Poland  MANDATORY PENALTY: Yes: _X_  No: __  As to special assessment only.
REMARKS: jlh

---

WDT-Cr-3  USDC CY 1  USDC CY 2  COURT CY  USMS CY  USAO CY  PROBATION CY  PRE-TRIAL SVCS CY  USAO DOCKETING CY